**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| OSCAR RAFAEL CERRATO ESCOTO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO.  CIV-26-1458-HE |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Oscar Rafael Cerrato Escoto, proceeding *pro se*, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging the legality of his detention by United States Immigration and Customs Enforcement (ICE).  According to his petition, he is detained at Cimarron Correctional Facility.  As ordered, the federal respondents have responded to the petition.  In so doing, they acknowledge that while they believe he is properly held pursuant to 8 U.S.C. § 1225(b)(2)(A) and not entitled to a bond hearing, the Tenth Circuit's recent decision in Santillan Quiroz v. Mullin, No. 26-6019, 2026 WL 1876709 (10th Cir. June 30, 2026), compels a different outcome.  They request any order be limited to ordering a bond hearing within seven days.

Upon review and in light of the respondents' acknowledgment, the court will grant the petition in part.  The petition will be granted to the extent it seeks a bond hearing pursuant to 8 U.S.C. § 1226(a),[1] and the court will order respondents to provide petitioner

---

[1] *In light of the court's ruling, the court need not address other claims raised by petitioner.*

with a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven (7) business days or otherwise release him if no hearing is held within that time.

Accordingly, the petition for writ of habeas corpus under 28 U.S.C. § 2241 is **GRANTED in part**. Respondents are **ORDERED** to provide petitioner with a bond hearing under 8 U.S.C. § 1226(a) within **seven (7) business days** or otherwise release petitioner if he has not received a lawful bond hearing within that period. Respondents are further **ORDERED** to certify compliance by filing a status report within **ten (10) business days** of the court's order.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 7th day of July, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE